RENE L. VALLADARES
Acting Federal Public Defender
Nevada State Bar # 11479
WILLIAM CARRICO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for: NICHOLAS LINDSEY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS LINDSEY,<br><br>Defendant. | 2:11-CR-217-LDG<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATE**<br><br>(1ST Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Christina Brown, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Acting Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for, NICHOLAS LINDSEY, that the calendar call currently scheduled for, August 2, 2011 at the hour of 8:30 a.m., and the trial currently scheduled for, August 8, 2011 at the hour of 8:30 a.m. be vacated and set to a date and time convenient to this court. However, no event earlier than sixty (60) days.

     IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including September 15, 2011, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notice of defense.

     IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 29, 2011 by the hour of 4:00 p.m., within which to file any all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including October 8, 2011 by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

This Stipulation is entered into for the following reasons:

1. The parties are awaiting information regarding the case, and relevant conduct, to be provided from various sources. This information will be discoverable and need to be provided to each opposing party when available.

2. At this time, the Parties are anticipating that 60 days will be sufficient time to complete discovery and also permit negotiations on the case, if the Parties so choose.

3. The Defendant is not in custody, and does not object to this continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section)3161(h)(3(A) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161 (h)(7)(B)(i) and Sections 3161 (h)(7)(B)(iv).

This is the 1st request for continuance filed herein.

DATED this 27th day of July, 2011.

| | |
|---|---|
| RENE L. VALLADARES<br>Acting Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
| */s/ William Carrico*<br>By:_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender | */s/ Christina Brown*<br>By:_____<br>CHRISTINA BROWN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICHOLAS LINDSEY,

Defendant.

2:11-CR-217-LDG
FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are awaiting information regarding the case, and relevant conduct, to be provided from various sources. This information will be discoverable and need to be provided to each opposing party when available.

2. At this time, the Parties are anticipating that 60 days will be sufficient time to complete discovery and also permit negotiations on the case, if the Parties so choose.

3. The Defendant is not in custody, and does not object to this continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate pretrial motions.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section)3161(h)(3(A) and Title 18, United States Code, Section 3161(h)(7)(A),

1  considering the factors under Title 18, United States Code, Sections 3161 (h)(7)(B)(i) and Sections
2  3161 (h)(7)(B)(iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(**7**)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(**7**)(B) and 3161(h)(**7**)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 15, 2011, by the hour of 4:00 p.m., within which to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including September 29, 2011, by the hour of 4:00 p.m., within which to file any all responsive pleadings.

IT IS FURTHER ORDERED that the parties shall have to and including October 8, 2011, by the hour of 4:00 p.m., within which to file any and all replies to dispositive motions.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be submitted to the Court by the _____ day of _____, 2011, by the hour of 4:00 p.m.

/ / /

/ / /

/ / /

1    IT IS FURTHER ORDERED that the calendar call currently scheduled for August 2, 2011
2 at the hour of 8:30 a.m., be vacated and continued to _____ at the
3 hour of _____ a.m.; and the trial currently scheduled for August 8, 2011 at the hour of 8:30
4 a.m. be vacated and continued to _____ at the hour of _____
5 a.m.
6 DATED ____ day of ____, 2011.

                                                               _____
7                                                    UNITED STATES DISTRICT JUDGE