DANIEL G. BOGDEN
United States Attorney

CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>             Plaintiff,                          )<br>                                                          )<br>    vs                                                )<br>                                                          )<br>                                                          )<br>NICHOLAS LINDSEY,                      )<br>                                                          )<br>             Defendant.                       )<br>_____) | Case No. 2:11-cr-217-LDG-CWH<br><br>UNITED STATES' MOTION FOR<br>PRE-TRIAL PRODUCTION OF<br>SUBPOENAED  MATERIALS<br><br>In Re: Government Subpoena to Wells Fargo<br>Bank N.A., Dated 12/21/2012 |

       The United States of America, through Christina M. Brown, Assistant United States Attorney, seeks an order from the Court pursuant to Federal Rule of Criminal Procedure 17(c), directing the custodian of records at Wells Fargo Bank N.A. to produce in advance of trial materials sought by the United States pursuant to trial subpoena.

       In support, the United States provides as follows:

       1.     The United States has served the custodian of records of Wells Fargo Bank, N.A. a subpoena directing the custodian to produce or deny the existence of certain records in relation to the above-styled case. The subpoena directs the custodian to appear and produce the records on March 11, 2013, the date this matter is scheduled for trial.

       2.     On today's date, undersigned counsel contacted the records custodian to request

early production or denial of the existence of the records. The records custodian informed the undersigned that although the records are prepared for production, they will not be produced absent an order from this Court directing Wells Fargo to release them prior to the date stated in the subpoena.

3. FRCP 17(c) provides that a court may direct a witness to produce designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of the items. *See also United States v. Krane*, 625 F.3d 568, 574 (9th Cir. 2010)(court may grant pretrial subpoena in criminal case where documents are evidentiary and relevant, not otherwise reasonably procurable in advance of trial by exercise of due diligence, the parties cannot properly prepare without such production and inspection in advance of trial and that failure to obtain such inspection may tend unreasonably to delay the trial, and that application is made in good faith and not intended as a general "fishing expedition.")

4. The United States submits that the records sought in advance of trial are evidentiary and relevant to the proceeding. The information is exclusively in Wells Fargo's possession and may not otherwise be obtained. The parties require sufficient time to review and inspect the records, the opportunity to meaningfully use them at trial by permitting themselves and witnesses to review the records in advance, and may potentially stipulate to the introduction of certain evidence upon review. Judicial economy and the ends of justice are served by obtaining the records prior to the day of trial.

Accordingly, the United States respectfully requests that the Court enter the attached Order directing Wells Fargo to immediately produce the records to this Court, or in the alternative to the United States for dissemination to the defendant.

Dated this the 16th day of January, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s *Christina M. Brown*
CHRISTINA M. BROWN
Assistant United States Attorney

**CERTIFICATION OF SERVICE**

The foregoing was service on William Carrico, Esq., counsel for Nick Lindsey, this the 16th day of January, 2013, via electronic case filing.

                                        /s *Christina M. Brown*
                                        CHRISTINA M. BROWN
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs<br><br>NICHOLAS LINDSEY,<br><br>        Defendant. | Case No. 2:11-cr-217-LDG-CWH<br><br>ORDER<br><br>In Re: Government Subpoena to Wells Fargo Bank, N.A., Dated 12/21/2012 |

    Motion having been made by the United States and the Court otherwise having been sufficiently advised, IT IS HEREBY ORDERED that the custodian of records for Wells Fargo Bank, N.A. shall immediately produce the materials sought by the United States pursuant to subpoena dated December 21, 2012, in the above entitled case.

    Said materials shall be produced as follows: to the United States for dissemination to Defendant.

    So ordered this the 31 day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE