DANIEL G. BOGDEN
United States Attorney

BRIAN R. YOUNG
Trial Attorney, Department of Justice, Fraud Section

CHRISTINA M. BROWN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                         )<br>              Plaintiff,                      )<br>                                                         )<br>     vs                                             )<br>                                                         )<br>                                                         )<br>NICHOLAS LINDSEY,                    )<br>                                                         )<br>              Defendant.                   )<br>_____) | Case No. 2:11-cr-217-LDG-CWH<br><br>MOTION TO WITHDRAW MOTIONS |

The United States hereby moves to withdraw its two motions to admit business records, filed at docket entries 58 and 71. The issues raised in this motion were resolved through the stipulation filed as docket entry 78. On March 22, 2013, the Court denied both of the government's motions without prejudice and required the parties to provide a status report by March 28, 2013. Dkt. 76. The status is that the matters raised in the government's motions to admit business records have been resolved.

Dated this the 27th day of March, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s *Brian Young*
BRIAN R. YOUNG
Trial Attorney

ORDER

IT IS SO ORDERED.

DATED this 28th day of March, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge