**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>           Plaintiff, )<br>      v.           )           2:11-CR-217-LDG-(CWH)<br>           )<br>NICHOLAS LINDSEY,  )<br>           )<br>           Defendant. ) | |

**ORDER OF FORFEITURE**

On April 10, 2013, defendant NICHOLAS LINDSEY was found guilty of Counts One through Ten of a Ten-Count Superseding Criminal Indictment charging him in Counts One through Nine with Wire Fraud in violation of Title 18, United States Code, Section 1343; and in Count Ten with Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A(a)(1) and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 26; Minutes of Jury Trial Proceedings, ECF No. 96 ; Jury Verdict, ECF No. 96 .

This Court finds that NICHOLAS LINDSEY shall pay a criminal forfeiture money judgment of $1,605,400.00 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from NICHOLAS LINDSEY a criminal forfeiture money judgment in the amount of
3 $1,605,400.00 in United States Currency.
4    DATED this   12   day of  April                , 2013.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
                              LLOYD D. GEORGE
```