UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-CR-00217-LDG-CWH |
| VS. ) | |
| ) | |
| NICHOLAS LINDSEY, ) | |
| ) | |
| Defendant, ) | |

ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals, for said jury shall be paid by the Clerk of Court for April 8, and April 9, 2013.

Dated: April 9, 2013

_____
LLOYD D. GEORGE,  U.S. DISTRICT JUDGE