

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 9 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-217-LDG-(CWH) |
| ) | |
| NICHOLAS LINDSEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on April 12, 2013, that NICHOLAS LINDSEY shall pay a criminal forfeiture money judgment of $1,605,400.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).  Superseding Criminal Indictment, ECF No. 26; Minutes of Jury Trial, ECF No. 96; Order of Forfeiture, ECF No. 98; Jury Verdict, ECF No. 102.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from NICHOLAS LINDSEY a criminal forfeiture money judgment in the amount of $1,605,400.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

. . .

1   United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,

2   United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

3   DATED this /9 day of _Deeenber_, 2013.

UNITED STATES DISTRICT JUDGE

2