# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-cr-00217-LDG (CWH) |
| v. | **ORDER** |
| NICHOLAS LINDSEY, | |
| Defendant. | |

The defendant, while represented by counsel, filed *pro se* motions to inspect grand jury list (#132), to inspect petit jury list (#133), and to compel disclosure of exculpatory evidence (#134). The government has moved to strike the motions (#135) as the defendant is represented by court-appointed counsel, and pursuant to Local Rule IA 10-6(a), a party who is represented by counsel cannot, while so represented, appear or act in the case. The government has also moved to strike (#113) an earlier notice of appeal that the defendant filed *pro se*. That motion to strike has been rendered moot.

Therefore, for good cause shown,

THE COURT **ORDERS** that the United States' Motion to Strike (#113) Defendant's *pro se* Notice of Appeal is DENIED as moot;

THE COURT FURTHER **ORDERS** that the United States' Motion to Strike (#135) is GRANTED;

THE COURT FURTHER **ORDERS** that the Clerk of the Court shall STRIKE Documents ## 132, 133, and 134.

DATED this ___2___ day of April, 2014.

_____
Lloyd D. George
United States District Judge